IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JAN 17 PM 2: 25

OFFICE OF THE CLERK

| | |
|---|---|
| JOE TONGISH, as Special Administrator of the Estate of Wilma Tongish, Deceased, and DENIS W. TONGISH, <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD SCOTT CARROL, M.D., KEARNEY HEART & LUNG SURGEONS, P.C., and GOOD SAMARITAN HEALTH SYSTEMS, INC., <br><br> Defendants. | CASE NO. 8:06 CV 365 <br><br> **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GOOD SAMARITAN HEALTH SYSTEMS, INC.** |

This matter comes before the Court upon the Joint Stipulation and Motion for Dismissal without Prejudice of Plaintiffs and Defendant Good Samaritan Health Systems, Inc. Upon due consideration thereof, the Court finds that the Motion should be granted and the action of the plaintiffs should be dismissed without prejudice as to Defendant Good Samaritan Health Systems, Inc., only, with all parties paying their own costs, and with complete record waived.

IT IS THEREFORE ORDERED AND ADJUDGED, that Good Samaritan Health Systems, Inc., is hereby dismissed without prejudice, with all parties to pay their own costs, and with complete record waived.

L0723779.2

DATED this 17 day of January 2007.

BY THE COURT:

/s/ Joseph F. Bataillon
U.S. District Judge

L0723779.2

2