# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOE TONGISH as the special administrator of the Estate of Wilma Tongish, deceased, and DENIS W. TONGISH,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV365 |
| vs. | ) ) | ORDER |
| **EDWARD SCOTT CARROL, D.O., and KEARNEY HEART & LUNG SURGEONS, P.C.,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulated Motion for Dismissal Without Prejudice of Kearney Heart & Lung Surgeons, P.C. (Filing No. 54). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED:**

1. The parties' joint stipulation (Filing No. 54) is granted and this case is dismissed without prejudice as against the defendant Kearney Heart & Lung Surgeons, P.C.

2. Kearney Heart & Lung Surgeons, P.C. and the plaintiffs shall bear their own costs associated with this case.

DATED this 20th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge