# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOE TONGISH as the special administrator of the Estate of Wilma Tongish, deceased, and DENIS W. TONGISH,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV365 |
| vs. | ) ) | ORDER |
| **EDWARD SCOTT CARROL, D.O.,** | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' joint stipulation for dismissal with prejudice (Filing No. 63). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 63) is granted and this case is dismissed with prejudice, each party to bear his or its own costs.

DATED this 18th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge